# UNITED STATES DISTRICT COURT
for the

District of Alaska

_____ Division

MAY 1 3 2019
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Keith Mitchell
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Boys & Girls Club of Southcentral
Anchorage Equal Rights Comm.
SOA DOL Wage & Hour Unemployment Ins
Joshua Blalock
Basler, Pamela
Nancy Asienko
Please see additional pages attached
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Keith Mitchell
Street Address: 5232 East 24th Ave, Apt. F
City and County: Anchorage
State and Zip Code: Alaska 99508
Telephone Number: 907-223-7164
E-mail Address: keithmjr0813@yahoo.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

| CUE COLUMN | NOTES |
|---|---|
| | Lili Uokalani Savona |
| | Sholom So'o |
| | Sharon So'o |
| | Luia So'o |
| | Kristi Bihag |
| | Toni Shine |

Defendant No. 1
- Name: Boys & Girls Club of Southcentral
- Job or Title (if known):
- Street Address: 2300 W 36 Avenue #
- City and County: Anchorage
- State and Zip Code: Alaska 99517
- Telephone Number: 907-248-5437
- E-mail Address (if known):

Defendant No. 2
- Name: Anchorage Equal Rights Comm.
- Job or Title (if known): Intake coordinator, ED & staff
- Street Address: 632 West 6th Ave #110
- City and County: Anchorage, Alaska
- State and Zip Code: 99501
- Telephone Number: 907-343-4340
- E-mail Address (if known):

Defendant No. 3
- Name: SOA / Wage & Hour / ui insurance
- Job or Title (if known):
- Street Address: PO Box 241767
- City and County: Anchorage
- State and Zip Code: Alaska 99524
- Telephone Number: 907-269-4700
- E-mail Address (if known):

Defendant No. 4
- Name: Lula So'o
- Job or Title (if known): Boy & Girls Club
- Street Address: 2300 W 36th Ave
- City and County: Anchorage, AK
- State and Zip Code: Alaska 99517
- Telephone Number: 907-248-5437
- E-mail Address (if known):

Defendant No. 1
- Name: Sharon So'o
- Job or Title (if known): B&G Club of South central
- Street Address: 2300 W 36th Ave
- City and County: Anchorage
- State and Zip Code: Alaska 99517
- Telephone Number: 907-248-5437
- E-mail Address (if known):

Defendant No. 2
- Name: Lili Uokalani Sauona
- Job or Title (if known): B&G Club of Southcentral Alaska
- Street Address: 2300 W 36th Ave.
- City and County: Anchorage, AK 99517
- State and Zip Code: Alaska 99517
- Telephone Number: 907-885-4949
- E-mail Address (if known):

Defendant No. 3
- Name: Kristi Bihag
- Job or Title (if known): Executive Director B&G Club of Southcentral AK
- Street Address: 2300 E 36th Ave
- City and County: Anchorage
- State and Zip Code: Alaska 99517
- Telephone Number: 907-230-7311
- E-mail Address (if known):

Defendant No. 4
- Name: Sholom So'o ~~Melissa Romero~~
- Job or Title (if known): B&G Club of South Central AK
- Street Address: 2300 E 36th Ave
- City and County: Anchorage, AK 9
- State and Zip Code: Alaska 99517
- Telephone Number: ~~907-825-5144~~ 907-280-8063
- E-mail Address (if known):

Defendant No. 1
  Name: Toni Shine
  Job or Title (if known): HR B&G Club of Southcentral AK
  Street Address: 2300 W 36th Ave
  City and County: Anchorage
  State and Zip Code: Alaska 99517
  Telephone Number: 907-248-5437
  E-mail Address (if known):

Defendant No. 2
  Name: John-Jane Doe 1-20
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name: Joshua Blalock
  Job or Title (if known): Intake Anch EEOC
  Street Address: 632 West 6th Ave #110
  City and County: Anchorage, Alaska
  State and Zip Code: Alaska 99501
  Telephone Number: 907-343-4342
  E-mail Address (if known): aerc@muni.org

Defendant No. 4
  Name: Pamela Basler
  Job or Title (if known): Intake Supervisor
  Street Address: 632 West 6th Ave #110
  City and County: Anchorage
  State and Zip Code: Alaska 99501
  Telephone Number: 907-343-4342
  E-mail Address (if known): Pamela.Basler@anchorageak.gov

**Defendant No. 1**
- Name: Nancy A Sienko
- Job or Title (if known): Commissioner Anch EEOC
- Street Address: 632 W 6th Ave. #110
- City and County: Anchorage
- State and Zip Code: Alaska 99501
- Telephone Number: 907-343-4342
- E-mail Address (if known): aerc@muni.org

**Defendant No. 2**
- Name: Heather McAlpine
- Job or Title (if known): Director EEOC
- Street Address: 632 West 6th Ave #110
- City and County: Anchorage
- State and Zip Code: Alaska 99501
- Telephone Number: 907-343-4342
- E-mail Address (if known): aerc@muni.org

**Defendant No. 3**
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 4**
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

Name: Boys & Girls Club of Southcentral
Street Address: 2300 West 36th Avenue
City and County: Anchorage,
State and Zip Code: Alaska 99517
Telephone Number: 907-248-5437

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[X] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[X] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Other federal law *(specify the federal law)*:
AS 18.80.220, AS 39.28.010-200, 2AAC 07.175. Affirm Act

[X] Relevant state law *(specify, if known)*: 6 AAC 05-010-990 Compliance w/ Ada
Admin order 59, 75, 81, 129, 195

[X] Relevant city or county law *(specify, if known)*:
Anchorage Municipal Code § 5.20.040

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☒ Failure to promote me.
- ☒ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts *(specify)*: _____

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) _____

C. I believe that defendant(s) *(check one)*:
- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me. I was fired.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- ☐ race
- ☐ color
- ☒ gender/sex  Male/Gay
- ☐ religion
- ☐ national origin
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☒ disability or perceived disability *(specify disability)*
Vision, Nerves Issues, Asthma, Anxiety, Migraines, Depression (Among other Health Issues)

E. The facts of my case are as follows. Attach additional pages if needed.

please see attached

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)* See attached complaint & affidavit

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)* _____.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*
2/6/2019 see attached

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/13/19

Signature of Plaintiff: Keith Mitchell

Printed Name of Plaintiff: Keith Mitchell

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address