EEOC Form 161 (11/16)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Keith Mitchell
5232 East 24th Ave., Apartment F
Anchorage, AK 99508

From: Seattle Field Office
909 First Avenue
Suite 400
Seattle, WA 98104-1061

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 38B-2018-00096 | Kristine Jensen Nube, State & Local Program Manager | (510) 637-3280 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*
SM

Nancy A. Sienko,
Director

02/06/2019

(Date Mailed)

Enclosures(s)

BOYS & GIRLS CLUB OF SOUTHCENTRAL ALASKA
2300 West 36th Ave
Anchorage, AK 99517

Mitchell v. Boys & Girls Club of Southcentral Alaska
ERC Complaint No. 18-260
Pg. 2

I allege the following discriminatory actions: **Retaliation**

1. On or about June 11, 2018, I engaged in a protected activity when I complained of discrimination covered by Title 5.
2. I suffered an adverse action when Respondent terminated my employment on June 14, 2018.
3. There is a causal connection between my protected activity in element 1 and the Respondent's action in element 2.

I WILL advise the Commission if I change my address or telephone number(s); and I will cooperate fully in the processing of my discrimination complaint.

I SWEAR OR AFFIRM I have read the above complaint and it is true to the best of my knowledge, information and belief.

DATED at Anchorage, Alaska, this 3rd day of July, 2018.

*Keith Mitchell*
Keith Mitchell, Complainant

SUBSCRIBED AND SWORN TO before me on this 3rd day of July, 2018.

*Joshua S Blalock*
NOTARY PUBLIC in and for ALASKA
My Commission Expires: May 4, 2022